**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-02174-REB

JUAN LIRA JARAMILLO,

    Plaintiff,

vs.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

**ORDER DISMISSING APPEAL WITHOUT PREJUDICE**

**Blackburn, J.**

This matter is before me *sua sponte*. By Order dated October 1, 2015, I denied plaintiff's **Application To Proceed in District Court Without Prepaying Fees or Costs** [#2],[1] filed September 30, 2015, finding from the application that it appeared plaintiff had sufficient funds to pay the filing fee. Accordingly, I directed "[t]hat on or before **October 22, 2015**, plaintiff shall either pay the filing fee or submit a revised motion and affidavit for leave to proceed *in forma pauperis*, failing which, this case will be dismissed without prejudice." (**Order Denying Without Prejudice Application To Proceed in  District Court Without Prepaying Fees or Costs ¶ 2** at 3 [#6], filed October 1, 2015 (emphases in original).)

As of the date of the present Order, plaintiff has failed to pay the filing fee or submit a revised application. This case therefore will be dismissed without prejudice.

---

[1] "[#2]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** that this case is dismissed without prejudice.

Dated October 26, 2015, at Denver, Colorado.

                                              **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge